

## NUMBER 13-22-00434-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

---

STEPHEN S. L. EARLEY AND
DOROTHY ANN EARLEY,                                                        Appellants,

v.

NATIONSTAR MORTGAGE L.L.C.
A/K/A MR. COOPER,                                                          Appellee.

---

### On appeal from the 444th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Benavides**

Appellants Stephen S. L. Earley and Dorothy Ann Earley have filed a motion

requesting that we dismiss their appeal. The motion is unopposed by appellee Nationstar

Mortgage, L.L.C. a/k/a Mr. Cooper. The Court, having examined and fully considered the

unopposed motion to dismiss the appeal, is of the opinion that it should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Costs will be taxed against the appellants. *See id.* R. 42.1(d). Having dismissed the appeal at the appellants' request, no motion for rehearing will be entertained.

GINA M. BENAVIDES
Justice

Delivered and filed on the
20th day of October, 2022.